■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DAVID MOSCA, Appellant. [967 NYS2d 864]—Motion for writ of er-

ror coram nobis denied. Present—Scudder, P.J., Smith, Peradotto, Lindley and Whalen, JJ.